IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
IN ADMIRALTY

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF | ) |
| FREEDOM MARINE SALES, LLC, AS OWNER, | ) |
| AND FREEDOM BOAT CLUB, LLC AS OWNER, | ) |
| PRO HAC VICE OF THE M/Y FREEDOM LX, | ) CIVIL ACTION NO: |
| FOR EXONERATION FROM OR LIMITATION | ) 4:25-cv-00074-RSB-CLR |
| OF LIABILITY | ) |

**ORDER DIRECTING ISSUANCE OF NOTICE AND
RESTRAINING PROSECUTION OF CLAIMS**

A second Amended Verified Complaint having been filed on May 12, 2025, (doc. 9), by Freedom Marine Sales, LLC, as Owner, and Freedom Boat Club, LLC as Owner Pro Hac Vice, of the M/V FREEDOM LX, (collectively referred to herein as "Plaintiffs'), claiming exoneration from or the benefit of limitation of liability as provided by the revised statutes of the United States and the various statutes supplementary to and amendatory thereof and/or applicable foreign law, for all losses, damages, injuries and death or destruction allegedly resulting from an incident involving the vessel that occurred on October 20, 2024, near Wassaw Beach located in Savannah, Georgia, referred to in more detail in the second Amended Complaint;

And the Plaintiffs having filed an Ad Interim Stipulation and security required by this Court, (doc. 10-1);

NOW, THEREFORE, on motion of Bouhan Falligant LLP, attorneys for Freedom Marine Sales, LLC as Owner, and Freedom Boat Club, LLC as Owner Pro Hac Vice, of the M/V FREEDOM LX (Plaintiffs);

IT IS **ORDERED** that a Notice issue out of and under the seal of this Court admonishing all persons asserting claims for any and all losses, damages, injuries or destruction allegedly resulting from or incident to the occurrences and happenings recited in Plaintiffs' second Amended Complaint to file their respective claims with the Clerk of this Court and serve them on Todd M. Baiad of Bouhan Falligant LLP, as attorneys for the Plaintiffs at the address of One West Park Avenue (31401), Post Office Box 2139, Savannah, Georgia 31402-2139 no later than **June 20, 2025**, or else be defaulted.

IT IS FURTHER **ORDERED** that Plaintiffs are to publish this Notice in the Savannah Morning News once a week for four consecutive weeks prior to the date fixed for the filing of claims;

AND THE PLAINTIFFS ARE ALSO **ORDERED**, not later than the day of second publication, to mail a copy of this Notice to every person known to have made any claim against the Vessel or the Plaintiffs arising out of the voyage on which the claims sought to be limited arose;

IT IS FURTHER **ORDERED** that, pursuant to Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, all claims and proceedings against the Plaintiffs or the Plaintiffs' property, in any court whatsoever, with respect to the matter in question, except in this proceeding for exoneration from or limitation of liability, shall cease, and the Court hereby stays and restrains the further prosecution of any action or

proceeding, except in this proceeding for exoneration from or limitation of liability, against the Plaintiffs or the Plaintiffs' property with respect to any claim subject to the limitation action. Fed. R. Civ. P. Supp. Rule F(3).

**SO ORDERED**, this 20th day of May, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA