IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
IN ADMIRALTY

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF ) <br> FREEDOM MARINE SALES, LLC, AS OWNER, ) <br> AND FREEDOM BOAT CLUB, LLC AS OWNER, ) <br> PRO HAC VICE, OF THE M/Y FREEDOM LX, ) CIVIL ACTION NO: <br> FOR EXONERATION FROM OR LIMITATION ) 4:25-cv-00074-RSB-CLR <br> OF LIABILITY ) | |

## ORDER FOR AD INTERIM STIPULATION FOR VALUE

A second Amended Verified Complaint for Exoneration From or Limitation of Liability, (doc. 9), having been filed by FREEDOM MARINE SALES, LLC, as Owner, and FREEDOM BOAT CLUB, LLC, as Owner Pro Hac Vice of the M/Y FREEDOM LX, for Exoneration From or Limitation of Liability, (collectively referred to herein as "Plaintiffs") as owner of the 2023 Motor Yacht bearing Hull Identification Number ETWM9358H223, its engines, etc. ("Vessel"), and Plaintiff having prayed to file an Ad Interim Stipulation for the value of its interest in the Vessel and her pending freight, and it appearing from the Affidavit and Supplemental Affidavit of H. David Scott, (docs. 9-2, 9-3 & 9-4), that upon conclusion of the voyage on which the Vessel was proceeding at the time of the event referred to in the second Amended Complaint, its value and the value of her pending freight did not exceed the sum of Fifty-Seven Thousand and Five Hundred Dollars ($57,500.00);

NOW, on motion of Bouhan Falligant LLP, attorneys for Plaintiff, it is hereby **ORDERED** that the Plaintiff file herein an Ad Interim Stipulation in the form of a Letter of Undertaking given by Federal Insurance Company, in the sum of Fifty-Seven Thousand and Five Hundred Dollars

($57,500.00), such sum representing the pending freight and interest at 6% per annum from the date hereof; and it is

FURTHER **ORDERED** that any claimant in these proceedings may, at any time, signify by written notice filed with the Court, and served upon parties of record, its dissatisfaction with Federal Insurance Company as surety herein.  In the event of such notice, Plaintiff shall within ten (10) business of the receipt thereof cause security to be posted in such form as may be approved by this Court failing which the injunction entered concurrently herewith will be vacated as to claimants, and the Court will make such further Orders as the justice of the cause may require; and it is

FURTHER **ORDERED** that the Court, upon motion, shall cause due appraisement of the value of Plaintiff's interest in the Vessel and her pending freight at the conclusion of the voyage and may order security increased or reduced if it finds the amount insufficient or excessive; and, upon demand, the Court may similarly order such increase or reduction if it finds such an order is necessary to carry out the provisions of 46 USC §§ 30501-30512, as amended, in respect of loss of life or bodily injury.

**SO ORDERED**, this 20th day of May, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA