# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **IN THE MATTER OF:** | |
| **FREEDOM MARINE SALES, LLC AS OWNER** *and* **FREEDOM BOAT CLUB, LLC, AS OWNER** *PRO HAC VICE*, **OF THE** *M/V FREEDOM LX*, *in a cause for Exoneration from or Limitation of Liability*, | **IN ADMIRALTY** |
| Petitioners. | **CIVIL ACTION FILE NO.** |
| *** | **4:25-cv-00074-RSB-CLR** |
| **CHARLES, BARRON,** | |
| Third-Party Plaintiff, | |
| v. | |
| **FREEDOM MARINE SALES, LLC** *and* **FREEDOM BOAT CLUB, LLC,** | |
| Third-Party Defendants. | |
| *** | |
| **FREEDOM MARINE SALES, LLC** *and* **FREEDOM BOAT CLUB, LLC,** | |
| Fourth-Party Plaintiffs, | |
| v. | |
| **LULU HE,** | |
| Fourth-Party Defendant. | |

62066195 v1

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Joseph H. Stuhrenberg of Burr & Forman LLP, without waiving any of his client's rights, objections or defenses in this matter, and hereby gives notice of his appearance as counsel in the above-styled action on behalf of Defendant Lulu He, and respectfully requests that from this point forward, all notices, correspondence, pleadings, orders and other matters relating to this action be served upon him at the following address:

Joseph H. Stuhrenberg<br>
<b>BURR & FORMAN LLP</b><br>
1075 Peachtree Street NE<br>
Suite 3000<br>
Atlanta, Georgia 30309<br>
Telephone: (404) 815-3000<br>
Facsimile: (404) 817-3244<br>
jstuhrenberg@burr.com

Respectfully submitted this 13th day of August, 2025.

                                                       */s/ Joseph H. Stuhrenberg*
                                                     Joseph H. Stuhrenberg
                                                     Georgia Bar No. 398537
                                                     jstuhrenberg@burr.com

                                                     *Attorney for Defendant Lulu He*

**BURR & FORMAN LLP**
1075 Peachtree Street NE
Suite 3000
Atlanta, Georgia 30309
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August, 2025, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to all attorneys of record.

>*/s/ Joseph H. Stuhrenberg*
>Joseph H. Stuhrenberg
>Georgia Bar No. 398537
>jstuhrenberg@burr.com
>
>*Attorney for Defendant Lulu He*

**BURR & FORMAN LLP**
1075 Peachtree Street NE
Suite 3000
Atlanta, Georgia 30309
Telephone: (404) 815-3000
Facsimile: (404) 817-3244