# United States District Court
## Southern District of Georgia

FREEDOM MARINE SALES, LLC, AS OWNER, and FREEDOM BOAT CLUB,
Plaintiff

Case No. 4:25-cv-00074-RSB-CLR

v. Charles Barron

Appearing on behalf of: Lulu He
Defendant

Defendant

(Plaintiff/Defendant)

## APPLICATION FOR ADMISSION PRO HAC VICE

**Petitioner**, John P. Kavanagh, Jr. hereby requests permission to appear pro hac vice in the subject case filed in the Savannah Division of the United States District Court for the Southern District of Georgia. **Petitioner** states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, John P. Kavanagh, Jr. **Petitioner** states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

**Petitioner** designates Joseph H. Stuhrenberg as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

**Petitioner** further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This 2nd day of September, 2025.

_____
(Signature of Petitioner)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, Joseph H. Stuhrenberg, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the **Petitioner** fail to respond to any Court order for appearance or otherwise.

This 3rd day of September, 2025.

398537
Georgia Bar Number

_____
Signature of Local Counsel

404-685-4275
Business Telephone

Burr & Forman, LLP (Law Firm)
1075 Peachtree Street NE, Suite 3000 (Business Address)
Atlanta, GA 30309 (City, State, Zip)
Same as above (Mailing Address)
jstuhrenberg@burr.com (Email Address)



John P. Kavanagh, Jr.
jkavanagh@burr.com
Direct Dial: (251)-345-8246
Mobile: (251)-423-0826

Burr & Forman LLP
RSA Tower
11 North Water Street
Suite 22200
Mobile, Alabama  36602

Office  (251) 344-5151
Fax     (251) 344-9696

BURR.COM

September 2, 2025

Office of the Clerk
United States District Court
Southern District of Georgia
Savannah Division
P.O. Box 8286
Savannah, Georgia 31412

Re:   Application for Admission Pro Hac Vice

To Whom it May Concern:

In support of my Application for Admission Pro Hac Vice, and pursuant to Local Rule 83.4(b)(2), I certify that I have never appeared as counsel in a case filed in the United States District Court for the Southern District of Georgia.

Sincerely,

*[signature]*

John P. Kavanagh, Jr.
For the Firm
JPK/jgj

# Certificate of Good Standing

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF ALABAMA



I, Christopher Ekman, Clerk of the United States District Court for the Southern District of Alabama DO HEREBY CERTIFY that

## John P. Kavanagh, Jr.

was duly admitted to practice in said Court on November 15, 1993 and is in good standing as a member of the bar of said Court.

Dated at *Mobile, Alabama*

on *August 28, 2025*.

**Christopher Ekman**
**Clerk of Court**

By: *Julie Robinson*
Deputy Clerk



# United States District Court
## Southern District of Georgia

FREEDOM MARINE SALES, LLC, AS OWNER, and ~~FREEDOM BOAT CLUB, LLC~~

Plaintiff

Case No. 4:25-cv-00074-RSB-CLR

v.   Charles Barron

Defendant

Appearing on behalf of Defendant

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
\*\*\*\*\*

NAME OF PETITIONER:   John P. Kavanagh, Jr.

Business Address:   Burr & Forman, LLP
Firm/Business Name

11 N Water Street
Street Address

Suite 2200 | Mobile | AL | 36602
Street Address (con't) | City | State | Zip

Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

251-345-8246
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:   jkavanagh@burr.com