UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FREEDOM MARINE SALES, LLC, )
AS OWNER, and FREEDOM )
MARINE BOAT CLUB, LLC, AS )
OWNER PRO HAC VICE, OF THE )
M/V FREEDOM LX, in a cause for )
Exoneration from or Limitation of )
Liability, )
　)
　　　　Plaintiffs, )
　)
v. ) CV425-074
　)
CHARLES BARRON and )
LULU HE, )
　)
　　　　Defendants. )

## ORDER

Before the Court is the parties' Rule 26(f) Report. Doc. 35. The District Judge requires that parties structure discovery in four sequential stages. *Id.* at 6. This sequence is clearly articulated in Section IV of the required Rule 26(f) Report form, as is the instruction:

> **Unless the parties show good cause to proceed otherwise, the parties must propose discovery deadlines that follow this sequential course. In other words, absent a specific showing of good cause, the parties should not propose one deadline to accomplish all discovery measures. Rather, the parties must propose sequential deadlines by which they shall**

1

> **successively accomplish each of the above four areas of discovery.**

*Id.* In the section of the form provided for the parties to state the cause for any deviation from the required sequence, the parties did not provide any information germane to Chief Judge Baker's sequencing requirement. *Id.*

Despite the clear instructions from the Court, the discovery schedule proposed does not conform to the required sequence, and the parties have failed to show good cause for their deviation. Specifically, the parties proposed identical deadlines for the completion of fact-based written discovery, inspections, and examinations and for the completion of non-expert witness depositions.[1] Doc. 35 at 7-8. To be clear, it is the Court's expectation that the parties will set sequential deadlines which will allow them to 1) *first* complete all fact-based written discovery, inspections and examinations; 2) *then* to conduct the depositions of non-expert witnesses; 3) *then* to provide expert disclosures; and 4) *then* to

---

[1] The Rule 26(f) Report indicates that the vessel owner may seek an Independent Medical Examination ("IME") of the injured claimant during the "fact[-]based phase of discovery." Doc. 35 at 7. As this Order should make clear, there is no generalized fact-based phase of discovery in civil cases before Chief Judge Baker. If any party intends to conduct an IME outside of the designated period, they must show good cause to do so.

conduct expert witness depositions. Each stage of discovery should be completed before proceeding to the next. To the extent the parties wish to deviate from this sequence, they must show good cause in their renewed Rule 26(f) Report.

Additionally, the Court notes that the parties propose a significantly extended discovery schedule. Under the Local Rules, the parties must complete all discovery within 140 days of the last answer of the defendants named in the original complaint, absent a showing of good cause. *See* S.D. Ga. L. Civ. R. 26.1(d)(i)  This case is distinct from most civil matters, since it was initiated as a Complaint for Exoneration from or Limitation of Liability, but the District Judge ordered that all claims must be filed by June 20, 2025, or else the claimant would be defaulted. Doc. 12 at 2. Calculating the discovery period from June 20, 2025, the Local Rules would therefore contemplate discovery ending on November 7, 2025. S.D. Ga. L. Civ. R. 26.1(d); *see also* doc. 35 at 6.

The parties represent that they seek "one additional month" on top of the typical 140-day discovery period. Doc. 35 at 6. However, calculating from June 20, 2025, the parties' proposed discovery period is 343 days. *See id.* at 9 (proposing a deadline of May 29, 2026 to complete

expert witness depositions, the final stage of discovery). Obviously, this is much more than a one-month extension of discovery. While the facts and circumstances of this case may well warrant an extended discovery schedule, in order for the Court to grant such a request, the parties must demonstrate good cause in their renewed Rule 26(f) Report.

The parties are **DIRECTED** to file a revised Rule 26(f) Report no later than September 22, 2025. Finally, the parties' initial Rule 26(f) Report is **TERMINATED**. Doc. 35.

**SO ORDERED**, this 15th day of September, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA