UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| FREEDOM MARINE SALES, LLC, AS OWNER, and FREEDOM MARINE BOAT CLUB, LLC, AS OWNER PRO HAC VICE, OF THE M/V FREEDOM LX, in a cause for Exoneration from or Limitation of Liability,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES BARRON and LULU HE,<br><br>Defendants. | Civil Action No.: 4:25-cv-074 |

## SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, the Court issues the following scheduling order in this matter. With the parties having held a conference pursuant to Federal Rule of Civil Procedure 26(f) on August 29, 2025, the following deadlines shall apply.[1] These deadlines shall not be extended except upon a specific showing of good cause and order of the Court. Fed. R. Civ. P. 16(b)(4). It is the Court's expectation that the parties will not need an extension of these deadlines. The showing of good cause necessary to obtain an extension of any of these deadlines requires a specific showing of what the parties have accomplished to date in discovery, what remains to be accomplished, and why the parties have not been able to meet the Court's deadlines. Bare boilerplate assertions such as "the parties

---

1 The parties request an extended discovery schedule. Doc. 38 at 7-8. For good cause shown, their request is **GRANTED**.

1

have diligently pursued discovery to date, but additional time is necessary" will not suffice to establish good cause.

Additionally, should any party seek an extension of these deadlines or seek the extension of any other deadline in this case (including an extension of a deadline to respond to a motion or file any other pleading), the party should first contact all other parties and determine if the other parties join in, consent to, or oppose the request for an extension. When filing the motion for an extension, the party requesting the extension must state in their motion for an extension whether the other parties join in, consent to, or oppose the request for an extension.

| | |
|---|---|
| DEADLINE TO EXCHANGE INITIAL DISCLOSURES | September 24, 2025 |
| DEADLINES FOR MOTIONS TO ADD PARTIES OR AMEND PLEADINGS | October 20, 2025 |
| DEADLINE FOR COMPLETION OF FACT DISCOVERY[2] | January 29, 2026 |
| CLAIMANTS' DEADLINE TO SERVE EXPERT WITNESS REPORTS | February 27, 2026 |
| PETITIONERS' DEADLINE TO SERVE EXPERT WITNESS REPORTS | March 30, 2026 |
| DISCOVERY DEPOSITION OF WITNESSES WHO HAVE BEEN DESIGNATED AS EXPERTS | May 29, 2026 |
| STATUS REPORT DUE[3] | June 12, 2026 |

---

2 The parties request a deviation from Judge Baker's sequencing requirement so that they may conduct written discovery, inspections, and examinations and non-expert depositions during the same discovery period. Doc. 38 at 6. For good cause shown, their request is **GRANTED**.

3 A Post-Discovery Status Report Form for Judge Baker's cases is available on the Court's website www.gas.uscourts.gov under "forms." The parties are directed to use the content and format contained in this Form when reporting to the Court.

| | |
|---|---|
| LAST DAY FOR FILING ALL CIVIL MOTIONS, INCLUDING *DAUBERT* MOTIONS, BUT EXCLUDING MOTIONS IN LIMINE | June 29, 2026 |

**SO ORDERED**, this 23rd day of September, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA